UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN 14  P 1: 35

U.S. DISTRICT COURT
HARTFORD

UNITED STATES OF AMERICA

vs.                                                                  Criminal No. 3:02CR00148(DJS)

JERRODE MIDGET

## ORDER FINDING VIOLATION AND
## MODIFYING CONDITIONS OF SUPERVISED RELEASE

On January 23, 2003, this Court sentenced the defendant on a violation of Title 18, U.S.C. Section 922(g)(1) and 924(a)(2), Possession of a Firearm by a Convicted Felon, to 27 months imprisonment and 3 years supervised release. The defendant was ordered to: 1) Participate in a program of mental health treatment with emphasis in anger management programs as determined by the United States Probation Office; and 2) To receive educational and/or vocational training as deemed necessary by the United States Probation Office. The defendant began his supervised release on April 28, 2004.

On September 28, 2004, this Court issued a summons to show cause why the supervised release term should not be revoked based on allegations by the probation officer that the defendant had violated the conditions of supervised release, set forth in a petition on probation and supervised release dated September 24, 2004.

On October 25, 2004, the defendant appeared with counsel for a hearing to determine if the supervised release term should be revoked. The hearing was continued to January 5, 2005. On that day, the defendant admitted violating the conditions of

supervised release as set forth in the petition. The Court found that the defendant had engaged in conduct in violation of those conditions of his supervised release.

ACCORDINGLY, IT IS ORDERED, that the defendant is continued on supervised release with the following added special conditions: 1) The defendant shall serve six months of home confinement, with electronic monitoring, during which time you shall not leave the house except for work, to report to the probation office, or for medical care. The Probation Office shall pay for the electronic monitoring and shall pay for a second telephone line to be installed; and 2) The defendant shall report to the Probation Office on a weekly basis and submit pay stubs or time sheets or any other written record of employment. Failure to report for even one appointment will result in another report of violation at which time you must appear before this Court. All previously imposed conditions shall remain in effect.

Signed on this 13th day of January 2005, at Hartford, Connecticut.

// The Honorable Dominic J. Squatrito
Senior United States District Judge