UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                      Criminal No. 3:02CR00148(DJS)

JERRODE MIDGET

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On January 23, 2003, this Court sentenced the defendant on a violation of Title 18, U.S.C. Section 922(g)(1) and 924(a)(2), Possession of a Firearm by a Convicted Felon, to 27 months imprisonment and 3 years supervised release. The defendant was ordered to: 1) Participate in a program of mental health treatment with emphasis in anger management programs as determined by the United States Probation Office; and 2) To receive educational and/or vocational training as deemed necessary by the United States Probation Office. The defendant began his supervised release on April 28, 2004.

On January 5, 2005, the defendant appeared with counsel for a hearing to determine if the supervised release term should be revoked. The Court found that the defendant had engaged in conduct in violation of those conditions of his supervised release. The defendant was continued on supervised release with the following added special conditions: 1) The defendant shall serve six months of home confinement, with electronic monitoring, during which time you shall not leave the house except for work, to report to the probation office, or for medical care. The Probation Office shall pay for the electronic monitoring and shall pay for a second telephone line to be installed; and 2) The defendant shall report to the Probation Office on a weekly basis and submit pay stubs or

time sheets or any other written record of employment. Failure to report for even one appointment will result in another report of violation at which time you must appear before this Court. All previously imposed conditions shall remain in effect.

On March 3, 2005, this Court issued a summons to show cause why the supervised release term should not be revoked based on allegations by the probation officer that the defendant had violated the conditions of supervised release, set forth in a petition on probation and supervised release dated March 3, 2005.

On March 14, 2005, the defendant appeared with counsel for a hearing to determine if the supervised release term should be revoked. On that day, the Court made no finding with respect to whether the defendant had engaged in conduct in violation of the conditions of his supervised release. The hearing was continued to July 11, 2005.

ACCORDINGLY, IT IS ORDERED, that the defendant is continued on supervised release with the following added special conditions: 1) The defendant shall be placed in the Halfway House in Hartford, Connecticut for period of 4 months, in lieu of the previously ordered condition of home confinement; and 2) the defendant shall report to the probation office on a weekly basis, Thursdays at 10:00 a.m., until such time that the halfway house placement can be implemented.

Signed on this 14th day of March, 2005, at Hartford, Connecticut.

The Honorable Dominic J. Squatrito
Senior United States District Judge