# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**
2005 MAR -3 P 12: 35

**U.S.A. vs.** JERRODE MIDGET

**Docket No.** 3:02CR00148(DJS)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Mark D. Myers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jerrode Midget who was sentenced to 27 months for a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) by the Honorable Dominic J. Squatrito, United States District Judge, sitting in the court at Hartford on January 23, 2003, who fixed the period of supervision at three years which commenced on April 28, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in mental health treatment with emphasis in anger management programs as determined by the United States Probation Office. The defendant shall pay all, or a portion of, the costs associated with such treatment, based on his ability to pay, as determined by the United States Probation Office; and 2) The defendant shall receive educational and/or vocational training as deemed necessary by the United States Probation Office. The defendant shall pay all, or a portion of, the costs associated with such treatment, based on his ability to pay, as determined by the United States Probation Office.

On January 5, 2005, the defendant appeared in Court and admitted violating the conditions of supervised release as set forth in a petition dated September 28, 2004. The defendant was ordered continued on supervised release with the following added special conditions: 1) The defendant shall serve six months of home confinement, with electronic monitoring, during which time you shall not leave the house except for work, to report to the probation office, or for medical care. The Probation Office shall pay for the electronic monitoring and shall pay for a second telephone line to be installed; and 2) The defendant shall report to the Probation Office on a weekly basis and submit pay stubs or time sheets or any other written record of employment. Failure to report for even one appointment will result in another report of violation at which time you must appear before this Court. All previously imposed conditions shall remain in effect.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

1) <u>Special Condition: The defendant shall report to the Probation Office on a weekly basis and submit pay stubs or time sheets or any other written record of employment. Failure to report for even one appointment will result in another report of violation at which time you must appear before this Court.</u> The defendant reported to the Probation Office on January 13, 2005, but left before being seen. He has not reported to the Probation Office since that date. He has not submitted pay stubs, time sheets, or any other written record of employment.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Jerrode Midget to appear before this Court at Hartford, Connecticut on 3/14/05 at 10 A.M. to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 3rd day of March, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Dominic J. Squatrito / Peter C. Dorsey
Senior United States District Judge

Sworn to By

Mark D. Myers, United States Probation Officer

Place: New Haven, CT

Date: March 3, 2005

Before me, the Honorable Dominic J. Squatrito, Senior United States District Judge, on this 3rd day of March, 2005 at Hartford, U.S. Probation Officer Mark D. Myers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Dominic J. Squatrito / Peter C. Dorsey
Senior United States District Judge